IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 MAY 16 A 9:36

ARTHUR GLENN ANDERSON AIS# 107331 )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 ) CIVIL ACTION NO. 2:06cv439-WKW
GWENDLYN MOSLEY, [WARDEN III] ) (To be supplied by Clerk of
 ) U.S. District Court)
TYRONE BARROW, [CLASSIFICATION] )
 )
BRIAN MITCHELL, [PHYCOLOGIST] )
 )
RICHARD F. ALLEN, [COMMISSIONER] )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (X) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ARTHUR GLENN ANDERSON #107331

         Defendant(s) KAY WILSON (R.N), MICHAEL ROBBINS (DOCTOR)
         DR. DARBOUZE, PRISON HEALTH SERVICES

      2. Court (if federal court, name the district; if state court, name the county) MIDDLE DISTRICT
         OF ALABAMA [NORTHERN DIVISION]

3. Docket number _CU-1116-F_

4. Name of judge to whom case was assigned _HONARABLE MARK FULLER_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _THE CASE WAS DISMISSED, BECAUSE P.H.S. LIED TO ME TO GET ME TO STOP._

6. Approximate date of filing lawsuit _11-2004_

7. Approximate date of disposition _4-21-05_

II. PLACE OF PRESENT CONFINEMENT _EASTERLING CORRECTIONAL CENTER, 200 WALLACE DR, CLIO, ALABAMA 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _EASTERLING CORRECTIONAL CENTER, 200 WALLACE DR. CLIO, ALA 36017_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. _GWENDLYN MOSLEY_, 200 WALLACE DR, CLIO, ALA 36017
2. _TYRONE BARROW_, 200 WALLACE DR, CLIO, ALA 36017
3. _BRIAN MITCHELL_, 200 WALLACE DR, CLIO, ALA 36017
4. _RICHARD F. ALLEN_, 101 SOUTH UNION STREET, P.O. BOX 301501, MONTGOMERY, AL 36130
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _JAN 2006, JAN 2005, JAN 2004_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _THE DEFENDANTS VIOLATED MY DUE PROCESS RIGHTS._

(Cont FRom PAGE 2)

GROUND (1) [THE DEFENDANTS VIOLATED MY DUE PROCESS RIGHTS]

with some one IN THE Commissoners OFFICE, NO RESPONSE, CENTRAL RECORDS, WE WILL SET BACK IN Touch With You ~~tell~~ LEAVE YOUR NUMBER PLEASE.

(Cont, FROM PAGE 3)
GROUND (2)  DEFENDANTS ARE BLACKMAIL ME, TO MAKE ME TAKE A PROGRAM (THAT) OR Which I WAS'NT Court ORDERED To TAKE.

To PRISON OR BEFORE I WAS SENTENCED, THAT WAS PART OF MY SENTENCE UNDER DRUG CORE. THE State of ALABAMA PAYED FOR This, I PAYED FOR MY FOOD, I completed This PLUS 6 mnts OF AFTER CARE AT A HALFWAY House, I WAS Working AS A MAINTANCE SUPERVISOR FOR A Company CALLED "CRIM INCORPARATION" UNTIL I WAS SENTENCED. THERE IS Nothing IN MY JACKET THAT SAYS I should TAKE SAPP. I HAVE ALL MY CASE ACTION SUMMARY, SENTENCEING ORDER. I HAVE TRYED EASTERLINGS A.A. AND N.A. But This Is A Joke, SIGN A PAPER READ THE STEPS Let Them go, I is Not EVEN RECONIZED At This Institution, But MY Last PROGRESS REVIEW WILL Show IF YOU DON't TAKE These N.A. AND A.A. WE WANT TRANSFER YOU TO WERE You CAN get 8wk SAPP. AGAIN BLACKMAIL.

(Cont page 3)

GROUND (3) THEY HAVE TURNED ME DOWN ON PAROLE (4) FOUR TIMES BECAUSE Administration TELLS THEM I RUFE TO TAKE 8 WK SAPP.

I HAD MY OPEN BOARD HEARING IN Montgomery MY mother WAS THERE MY HOME PLAN AND JOB WAS APPROVED BY THE Chilton County PAROLE OFFICE (NO PROTEST) BUT THEY TURNED ME DOWN MY mother ASK THEM WHY THEY TOLD HER THAT THE CLASSIFICATION DEPARTMENT SAID I REFUSED T.C..

EASTERLING DOES NOT HAVE T.C. THEY DO NOT HAVE A 8 WK SAPP PROGRAM AND AGAIN I WASN'T COURT ORDERED TO TAKE THIS OR ANY PROGRAM BECAUSE I HAVE ALREADY HAD DRUG CORE AT CAPPS REHAB. I CAN GET SIGNED AFFIDAVITS FROM MY MOTHER [Ruth BRUNK HART] AND MY BROTHER RONNIE ANDERSON TO THIS EFFECT. I GO UP FOR PAROLE AGAIN IN SEPTEMBER BUT I STILL HAVE MADE IT TO WERE I CAN TAKE 8WK SAPP.

[Cont FROM PAGE 4]

[VI. State Briefly What you want the Court to do for you]
I WOULD LIKE FOR THE COURTS TO ALSO GET THIS TO THE COMMISSIONER FOR THE DEPARTMENT OF CORRECTIONS SO HE CAN MAKE SURE THERE IS NO RETALIATION FROM THE CLASSIFICATION DEPARTMENT AND Administration. HE IS THE ONLY WAY THAT THIS PROBLEM CAN BE SOLVE. NO ONE CAN CON ME INTO DROPING THIS ONE, I'VE ALREADY RESEARCHED IT. I'M GOING THREW WITH THIS. I NEED TO BE TRANSFERED SO I CAN GET THIS 8WK SAPP OVER WITH.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

HELP ME ANYWAY You CAN To GET This PROGRAM OF 8WK SAPP OVER WITH SO I CAN MAKE This PAROLE IN SEPTEMBER, MAKE EASTERLING COMES UP WITH PAPER WORK SAYING THAT I WAS COURT ORDERED (CONT)

Arthur Glenn Anderson #102331
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on MAY-8TH, 2006.
(Date)

Arthur Glenn Anderson #107331
Signature of plaintiff(s)

4