| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shawn Blake_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  5-22-06 |
| 1. Article Addressed to:<br><br>Warden Gwendolyn Mosley<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, Alabama 36017<br><br>06cv439 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7004 1160 0003 5811 1144 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540