| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTI... |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kay P.__<br><br>B. Received by (Printed N...) |
| 1. Article Addressed to:<br><br>Commissioner Richard F. Allen<br>Department of Corrections<br>P.O. Box 301501<br>Montgomery, AL 36130<br><br>06CV439 | D. Is delivery address differ...<br>If YES, enter delivery a...<br><br>3. Service Type<br>☒ Certified Mail<br>☐ Registered<br>☐ Insured Mail<br>4. Restricted Delivery |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0003 5811 |
| PS Form 3811, February 2004 | Domestic Return Receipt |