IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR GLENN ANDERSON, #107331)
)
    Plaintiff,                      )
)
Vs.                                )    CIVIL ACTION NO.2:06-CV-439-WKW
)
GWENDOLYN MOSLEY, et.al.,    )
)
    Defendants.               )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Gwendolyn Mosley,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Gwendolyn Mosley</u> and I am presently employed as a <u>Correctional Warden III,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Arthur Glenn Anderson, #107331 was assigned to Easterling Correctional Facility on January 28, 2003.

I have not violated inmate Anderson's or any other inmate's due process right.

On January 17, 2006, inmate Anderson had his Progress Review. I recommended an Intensive Substance Abuse Program (ISAP - which is an 8-Week program) based on details included in an Alabama Board of Pardons and Paroles Pre-sentence Investigation, which indicated that inmate Anderson had a drug usage problem.



Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-439-WKW
Page 2

Our facility does not have an 8-Week SAP Program. I informed inmate Anderson that he would be considered for a transfer to a facility with 8-Week SAP when his AA/NA attendance was more consistent.

Inmate Anderson is not court-ordered to take an 8-Week SAP; he was informed that he would be considered. All inmates that are court-ordered will have first priority to attend the 8-Week Program.

Inmate Anderson is not being blackmailed to attend AA/NA. He was recommended to take the program.

I have no control over the Parole Board and for inmate Anderson being turned down four times.

_____
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 31st day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07