## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

ARTHUR GLENN ANDERSON, #107331)

    Plaintiff,          )

                    )

Vs.                 )      CIVIL ACTION NO.2:06-CV-439-WKW

                    )

GWENDOLYN MOSLEY, et.al.,    )

                    )

    Defendants.        )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Tyrone Barrow,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Tyrone Barrow</u> and I am presently employed as a <u>Classification Specialist,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Arthur Glenn Anderson's Annual Progress Review was held on 01/17/06. Inmate Anderson was told by Brian Mitchell, Psychological Associate II, that he needed ISAP (8-Week SAP). The plaintiff was also told by Gwendolyn C. Mosley, Warden III and Brian Mitchell, Psychological Associate II, that he would be considered for a transfer to an ISAP (8-Week SAP) when his AA/NA attendance was consistent.

I have included a copy of the Annual Progress Review (Exb. A), along with a copy of the Inmate Interview Record (Exb.B).


DEFENDANT'S
EXHIBIT

**Affidavit-Tyrone Barrow**
**Civil Action No.2:06-CV-439-WKW**
**Page 2**

Inmate Anderson is not being blackmailed to attend AA/NA.  He was recommended

to take this program.

I have no control over the Parole Board for inmate Anderson being turned down.


*Tyrone Barrow*
Tyrone Barrow


SWORN TO AND SUBSCRIBED TO before me this the ___31st___ day of

___May___, 2006.                          *Linda E. Teel*
                                          NOTARY PUBLIC

My Commission Expires: ___7-15-07___

EXHIBIT A

ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - JANUARY 12, 2006
================================(COU122)================================
AIS #: 00107331B    SSN: 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 RACE/SEX:  W/M    DATE OF BIRTH: 11/19/1951
NAME: ANDERSON, ARTHUR            CUSTODY:   MED2  SECURITY LEVEL: 4
INST: EASTERLING CORRECTIONAL CENT TIME SRVD: 03Y03M10 LAST DISC: 06 09 2005
CRME: THEFT BY DECEPTION I        MIN REL DT: 09/20/2007 ACTIVE DET:   0

DISC: FIGHTING WITHOUT A WEAPON      PRL CONS:   10/01/2006 EDUCAT LEV: 17

WL/PGM:    INST. ASSIGN-3                PRIM OCCUP:LABORER - GENERAL

RECOMMENDED INSTITUTION: ___EASTERLING_____ RECOMMENDED CUSTODY:__MEDIUM

JUSTIFICATION: ANNUAL REVIEW: Multiple Escapee serving a 15 year term for Theft by

deception I (purchased a truck with an insufficient check), Property Theft & CPFI II ( rental car

& payroll check per intake—PSI unavailable but requested most recently on 01/11/06 from

Parole Board).  Extensive criminal record to include 07/31/72/Escape, 04/10/73/Escape,

11/3/80/Escape w/out force from REHF, recaptured same day.  No detainers or sex

convictions noted.  Has SAP needs per Inst. Psych Assoc., but has no consistent AA/NA

attendance.  Recommend no changes in custody based on ESC. criteria

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: NKE, COETS(OK) _____ APP. S/L: _____

_Annie L. Bayron 1-17-06_                    _Awe C. Dy_      _1/17/06_
CLASSIFICATION SPECIALIST         DATE      WARDEN OR DESIGNEE    DATE
_Bupp Mitchell 1-17-06_                     _Patrice Glen_    _1/24/06_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR DATE

                    CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____    _____

                                              CRB MEMBER            DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____    _____

                                              CRB MEMBER            DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____  REASONS: _____

_____    _____

                          No Change          CRB MEMBER            DATE

FINAL DECISION: INST _____ CUSTODY _____ DATE _____        AIS# 107331

DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: X_Arthur Anderson_

    LAST ACTION: Y05PR  REL. Pentecostal  DNA: 01/01/03  SKILLS: Motel Maintenance
                                              @ KCF

Von-Diabetic                         Crush Leg from Knee down
No psych meds

            un for Rsrch. Assoc. + Warden will look @ for 8wk SAP

EXHIBIT B

# ALABAMA BOARD OF CORRECTIONS
## DIVISION OF PROFESSIONAL SERVICES
### INMATE INTERVIEW RECORD

| NAME: Last | First | Middle | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| Anderson, | Arthur | | 107331 | W | M | 11/19/1951 |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 1-17-06 | APR/NC) Escape Criteria. Will consider for Transfer to an 8wk. SAP when AA/NA Attendance is Consistent. cc/Warden Mosley + Psych Assoc. Mitchell. | HBarron |

B OF C 400                                          PAGE _____