IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR GLENN ANDERSON, #107331)

      Plaintiff,             )

Vs.                           )      CIVIL ACTION NO.2:06-CV-439-WKW

GWENDOLYN MOSLEY, et.al.,    )

      Defendants.        )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared **Brian Mitchell,** who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is **Brian Mitchell** and I am presently employed as a **Psychological Associate II,** employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On January 17, 2006, I attended the progress review of inmate Arthur G. Anderson, #107331B in my capacity as Psychological Associate II on the Classification Committee. Mr. Tyrone Barrow, Classification Specialist read the progress review (Exb.A) with his and my recommendations. I recommended an Intensive Substance Abuse Program (ISAP), which is an 8-week program. This recommendation was based on an Alabama Board of Pardons and Paroles' Report of Investigation (Exb.B), dated August 28, 2003. In the Details of Offense Section of the report there is an indication of drug usage.



DEFENDANT'S
EXHIBIT
C

**Affidavit-Brian Mitchell**
**Civil Action No.2:06-CV-439-WKW**
**Page 2**

Easterling Correctional Facility does not have an 8-week SAP and inmate Anderson

was informed that he would be considered for a transfer to a facility with an 8-week SAP

when his AA/NA attendance was more consistent (Exb.C).

I have no control over the Parole Board and for inmate Anderson being turned

down.

Inmate Anderson is not being blackmailed to attend AA/NA. He was recommended

to take this program.

I have not violated any constitutional right or any due process rights of inmate

Anderson.

*Brian Mitchell*

**Brian Mitchell**


SWORN TO AND SUBSCRIBED TO before me this the ___31ˢᵗ___ day of

___May___ , 2006.

*Linda E. Teal*
**NOTARY PUBLIC**

**My Commission Expires:** ___7-15-07___

```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - JANUARY 12, 2006
=====================================(COU122)=================================
AIS #: 00107331B    SSN: 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  RACE/SEX:  W/M   DATE OF BIRTH: 11/19/1951
NAME: ANDERSON, ARTHUR                CUSTODY:   MED2  SECURITY LEVEL: 4
INST: EASTERLING CORRECTIONAL CENT    TIME SRVD: 03Y03M10 LAST DISC: 06 09 2005
CRME: THEFT BY DECEPTION I            MIN REL DT: 09/20/2007 ACTIVE DET:  0

DISC: FIGHTING WITHOUT A WEAPON       PRL CONS:   10/01/2006 EDUCAT LEV: 17

WL/PGM:   INST. ASSIGN-3              PRIM OCCUP:LABORER - GENERAL
```

RECOMMENDED INSTITUTION: ___EASTERLING_____     RECOMMENDED CUSTODY:__MEDIUM___

JUSTIFICATION: __ANNUAL REVIEW: Multiple Escapee serving a 15 year term for Theft by__

__deception I (purchased a truck with an insufficient check), Property Theft & CPFI II ( rental car__

__& payroll check per intake—PSI unavailable but requested most recently on 01/11/06 from__

__Parole Board). Extensive criminal record to include 07/31/72/Escape, 04/10/73/Escape,__

__11/3/80/Escape w/out force from REHF, recaptured same day. No detainers or sex__

__convictions noted. Has SAP needs per Inst. Psych Assoc., but has no consistent AA/NA__

__attendance. Recommend no changes in custody based on ESC. criteria__

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: _NKE, CODTS(OK)__APP. S/L:__

_[signature] 1-17-06_                          _[signature]_
CLASSIFICATION SPECIALIST        DATE          WARDEN OR DESIGNEE      DATE
_[signature] 1-17-06_                          _[signature] 1/24/06_
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE        CLASSIFICATION COORDINATOR DATE

                    CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____     _____

                                               CRB MEMBER          DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____     _____

                                               CRB MEMBER          DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

_____     _____

                          _No Change_          CRB MEMBER          DATE

FINAL DECISION: INST _____ CUSTODY _____ DATE _____   _AIS# 107331_

DATE INMATE INFORMED: _____ INMATE'S SIGNATURE: X _Arthur Anderson_

LAST ACTION: _YO5PR_  REL. _Pentecostal_   DNA: _OVOWB @ KCF_ SKILLS: _Motel Maintenance_

_Non-Diabetic_                              _Crush Leg from Kneedown_
_Nopsychmeds_

_xx Per Psych. Assoc + Warden will look @ for 8wk SAP_
_when AA/NA attendance consistent (Inform Inmate)_

*Easterling*

ALABAMA BOARD OF PARDONS AND PAROLES

REPORT OF INVESTIGATION

Type of Investigation: Legal Facts                 Date Dictated: 08-27-03

Name: Arthur Anderson          True Name: Arthur Glenn Anderson

Alias:

R/S/A: WM  51     DOB: 11-19-51        Height: 6'2"     Weight: 190

Complexion: Medium     Color of Hair: Brown     Color of Eyes: Blue

Bodily Marks:

Driver's License #: AL 6646295            SSN #: 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

AIS #: 107,331     FBI #: 388133H        SID #: AL-00354545

Address: 4601 Broyles Avenue, Apt. 8      Phone #: (256)723-4786 (newphew)

Huntsville, AL

County: Marshall                Case #: CC-2001-119

Offense(s): Theft by Deception I

Sentence: 15 years

Date of Sentence: 06-23-03          Date Sentence Began: 06-23-03

Date of Arrest: 03-09-01    Date of Bond: 03-30-01   Bond Amt. $ 1,500.00

Judge: Hon. Tim Jolley              D.A.: Hon. Steve Marshall

Attorney: Hon. Dale Fuller       Retained:        Appointed: X

Court Ordered Restitution: $1,750.00

Barred from Parole: YES _____          NO    X

Copies sent to Central Records: 08-28-03
                        (Date)

NOTES: Anderson was indicted by the April 2001 Marshall County Grand Jury in the above case. On 06-23-03 he pled guilty in the case and received a 15 year sentence as a Habitual Offender.

B

RE:   ARTHUR ANDERSON                    LEGAL FACTS INVESTIGATION

## PRESENT OFFENSE(S)

**County, Court & Case Number:**

Marshall County Circuit Court CC-2001-119

**Offense:**

Theft by Deception I

**Sentence:**

15 years

**Date of Sentence:**

06-23-03

**Details of Offense:**

Evidence would have shown the following. On 12-15-00, Robert Paul Martin of R Mart Car Lot in Grant, Alabama, reported to the Marshall County Sheriff's Office, that Arthur Glenn Anderson gave him check #129, dated 12-06-00, in the amount of $2,551.00, and made out to R Mart and signed Arthur Anderson. Robert Martin told Deputy Matt Evans that he had tried unsuccessfully on several occasions to reach Arthur Anderson or Mary Anderson in regards to this check that was not sufficient.

Marshall County Investigator Wayne Baker was assigned to the case. The investigation determined that the account on Arthur Glenn Anderson or Mary Anderson, 351 Johnson Avenue, New Hope, Alabama 35760, telephone number 723-4766, was overdrawn in the amount of $749.00 on 12-04-00. Baker attempted to contact Anderson but was informed by his landlord that he had been evicted for failing to pay his rent. He later talked to Anderson's dad who informed him that Anderson was on drugs and had been going downhill for the past few months. After looking at the bank records, Baker determined that Arthur Glenn Anderson knew for sure that the money was not in the bank and his attempt to attain a truck was by deception. After a thorough investigation he was arrested for Theft by Deception and posted bond. He was subsequently indicted as shown and has pled guilty as shown.

**Serious Physical Injury Barring Parole:**

None

**Subject's Statement:**

I have never talked to Anderson about this, however, he did admit his guilt in Court.

**Case Status of Co-Defendants:**

None

B

RE:   ARTHUR ANDERSON                                    LEGAL FACTS INVESTIGATION

**Victim Notification Information:**

Not applicable.

**Victim Impact:**

The victim in this case is Robert Paul Martin, white/male, DOB: 05-08-65, 186 1ST Avenue West, Grant, Alabama, telephone number (256)728-2791. Martin would like to recover his loss in this case.

**Location of Offense:**

This offense occurred in a rural section of Marshall County, Alabama.

**Court Ordered Restitution:**

$1,750.00

## RECORD OF ARREST(S)

**Prior Arrest Record:**

| Date | Court | Charge | Disposition |
|---|---|---|---|
| 05-13-71 | Madison Co Cir Ct | Grand Larceny | 1 year & 1 day 09-22-71 |
| 07-31-71 | Alabama Department of Corrections | Escape | 1 year & 1 day 07-31-72 |
| 11-03-78 | Madison Co Cir Ct CC-78-735FW | Grand Larceny of Auto/BRCSP | Pled guilty 02-05-79, 2 years each case, concurrent |
| 11-03-78 | Madison Co Cir Ct CC-78-765FW | Burglary/Grand Larceny | Pled guilty 02-26-79, 6 years each case, concurrent |
| 11-17-78 | Madison Co Cir Ct CC-78-798FW | Burglary/Grand Larceny/BRCSP | Pled guilty 02-05-79, 2 years each case, concurrent |
| 06-08-79 | Madison Co Cir Ct CC-79-445FW | Maiming Himself | Disposition unknown |
| 01-29-88 | Madison Co Cir Ct CC-88-43 | Burglary III | Pled guilty 04-18-88, 15 years |
| 01-29-88 | Madison Co Cir Ct CC-88-45 | Theft by Deception | Nolle Prossed by State 04-18-88 |

B

RE:   ARTHUR ANDERSON                                        LEGAL FACTS INVESTIGATION

| | | | |
|---|---|---|---|
| 07-20-96 | Blount Co Tr Ct TR-96-2265 | Speeding | Pled guilty 06-12-98; $123 F & C. |
| 07-09-97 | Chilton Co Dist Ct DC-97-1035 | NWNI | Pled guilty 07-14-97, $542.76 F & C (not paid). |
| 07-09-97 | Chilton Co Dist Ct DC-97-1036 | NWNI | Pled guilty 07-14-97; 90 days suspended 14 days to serve/2 years probation; $603.30. |
| 07-09-97 | Chilton Co Dist Ct DC-97-1037 | NWNI | Pled guilty 07-14-97; 90 days suspended 14 days to serve/2 years probation; $537.72. |
| 07-09-97 | Chilton Co Tr Ct TR-97-1038 | NWNI | Pled guilty 07-14-97; $537 F & C. |
| 05-03-99 | Montgomery Dist Ct DC-99-2171 | Fishing w/o License in Possession | PENDING |
| 03-06-00 | Montgomery Cir Ct CC-00-345 | Failure to Register Motor Vehicle | Pled guilty 05-23-00; 15 years. |
| 04-16-00 | Montgomery Cir Ct CC-00-667 | Possession of Forged Instrument II (2 Counts) | Pled guilty 05-23-00; 15 years each count, concurrent. |
| 04-16-00 | Montgomery Cir Ct CC-00-667 | Theft of Property II | Dismissed 05-23-00. |

Subsequent Arrest Record:

None.

Signed and dated at Guntersville, Alabama this the 28th day of August 2003.

David C. Ryan
Alabama Probation and Parole Officer

DCR/lrm

EXHIBIT C

## ALABAMA BOARD OF CORRECTIONS
### DIVISION OF PROFESSIONAL SERVICES
### INMATE INTERVIEW RECORD

| NAME: Last | First | Middle | Serial No | Race | Sex | DOB: M/D/Y |
|---|---|---|---|---|---|---|
| Anderson, | Arthur | | 107331 | W | M | 11/9/1951 |

**USE OF FORM:** Each interview summary should contain the following material as appropriate: topics discussed; recommendations made by counselor; decisions made by inmate; progress noted or other observations of counselor. All inmates must be advised during the initial interview of the nature and extent of confidentiality in the counseling relationship. Each entry must be dated and signed by the counselor.

**NOTE:** NO PART OF THIS RECORD IS TO BE DUPLICATED OR EXTRACTED, EITHER IN FACT OR IN SUBSTANCE, WITHOUT THE WRITTEN AUTHORIZATION OF THE INMATE NAMED ABOVE.

| DATE OF ENTRY | SUMMARY OF INTERVIEW | SIGNATURE OF COUNSELOR |
|---|---|---|
| 1-17-06 | APR, NC) Escape Criteria. Will consider for transfer to an 8wk SAP when AA/NA attendance is consistent. Per Warden Mosley & Program Assoc. Mitchell. | HBacon |

B OF C 400

PAGE _____