```
                         DISPLAY INMATE SUMMARY DATA        ** PRODUCTION **
 14/JUN/2006     10:19:38      CDSUM     511     L-TAM      CDSUM01    604
-------------------------------------------------------------------------------
 AIS: 00107331B   INMATE: ANDERSON, ARTHUR              RACE: W   SEX:  M
 INST: 041-EASTERLING CORRECTIONAL CENTER JAIL CR: 0263D DOB: 11/19/1951
 SSN: 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 PAR CONS DT: 10/2006  CURR CUST: MED2  CURR CUST DT:01/10/2003
 ALIAS: ANDERSON, A GENE              ALIAS: ANDERSON, A GLENN
 ADM TP: NEW COMIT FROM CRT W/O REV OF  STATUS: REMOVED FROM SEGREGATION
 INIT SENT DT:06/23/2003 ADM DT: 10/03/2002 DEAD TIME: 00Y 00M 00D
                                    N                                      TY
 COUNTY       SENT DT    CASE    L  CRIME                      TERM        PE
 MONTGOMERY   10/03/2002 000345  Y  OFFENSES PROPERTY-THEFT ("C" FE 15Y00M00D CS
 MONTGOMERY   10/03/2002 000667  Y  CRIM POSS FORGED INSTR II      15Y00M00D CC
 MARSHALL     06/23/2003 000119  Y  THEFT BY DECEPTION I           15Y00M00D CC

                   NO MORE RCDS THIS TYPE AVAIL
 INMATE HAS 003DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 010TRANSFER RECORDS ON FILE.
 INMATE HAS 00 DETAINER/WARRANT RECORDS ON FILE.
  TOTAL TERM  REV GOOD TIME  MIN REL DT  TOT GOOD TIME  SHORT DATE  LONG DATE
  015Y 00M 00D  000Y 00M 00D  09/20/2007  006Y 10M 08D  09/20/2007  09/29/2017
```



DEFENDANT'S EXHIBIT d