| Number 003 | **INSTITUTIONAL CLASSIFICATION UNIT** |
|---|---|

The institutional classification unit is responsible for classification, psychological evaluation and program assignments. Upon arrival at one of the institutions, you will be assigned to a classification team with the exception of work release or minimum institutions. This team will be made up of a Classification Specialist as chairperson and a Psychologist and Correctional Officer as members. The classification team will be responsible for your classification and will be your primary contact with the staff while at the institution. The classification team at minimum camps and work release centers will be smaller with different members.

Classification includes determining the proper security level, custody, institutional job and program plan, and may include a plan for educational or vocational training and substance abuse treatment. A member of your classification team will be available to talk with you or to provide counseling upon your request.

Periodically after the first classification, depending on how much time you have left to serve, your institutional file will be checked to see whether any further program changes are necessary or desirable.

A Job Placement Board will assign you to an institutional job as your regular work assignment.

You will receive a classification review at least once a year by the Classification Review Committee. This committee will consist of a Classification Specialist as chairperson, and a psychologist, and the Warden, Deputy Warden, or his designee, as members. At this review, your work performance and general day to day conduct record will be examined. Reports will be taken from your work supervisor, training instructors, the prison Chaplain, and Security Staff. Based upon these documents, the

DEFENDANT'S EXHIBIT

committee may make recommendations regarding changes in your custody and security level, institutional placement, education, vocational training, good time earning status, and program assignments.

Inmate Handbook, page 4