| Number 401 | PAROLE |
| --- | --- |

Inmates who are eligible for parole will be considered on an individual basis. If you committed an offense on or after May 19, 1980, you will be scheduled for an initial parole review on the basis of guidelines used by the Parole Board. The guidelines take into account your prior criminal record, the seriousness of the current offense you are serving, and other important factors from your background. Whether you are ready or not for parole at the time of your parole review is a decision made only by the Parole Board, not the Department. The Board, or an agent thereof, will interview you before making their decision about your parole status.

The Parole Board will also review your prison record, which includes your behavioral conduct, the work reports from your supervisor, program participation, and self improvement efforts you may have made. They will also review all other information that is available to include your current offense and the circumstances leading up to it, your free-world job history, level of education, family background, and anything else which will give them an indication as to whether you may be successful on parole.

The Parole Board does not have the power to retry your case. It is concerned only with your parole eligibility based on your adjustment to prison and on your potential to successfully complete a parole. After reviewing your case, the Parole Board, will either grant or deny you parole. When parole is denied, you will either be given a new review date to reappear before the Board again, or you will be required to serve the remainder of your sentence.

Inmate Handbook, page 31

DEFENDANT'S EXHIBIT
9

The Parole Board will be interested in your attitude, with how well you adjusted to the rules and regulations, with how well you have gotten along with the prison authorities  and with other inmates, and with how well you have participated in programs the Department have established for you to help yourself.  A good record in the Department will not guarantee you getting a parole, but it will certainlyhelp.