IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

RECEIVED
2006 AUG -1 A 10: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ARTHUR GLENN ANDERSON
[PLAINTIFF]

V.S.

CASE # CV-439-WKW

GWENDOLYN MOSLEY et.al
[DEFENDANTS]

MOTION FOR EXTENSION OF TIME AND TO GET RECORDS FROM INSTITUTIONAL INMATE FILES AT EASTERLING.

Comes now Arthur Glenn Anderson files this motion in regards of Case #CV-439-WKW. According to the Rules of the District Court and the Guidelines of this Honoralbe Court, Plaintiff shows the following in regards to this motion.

#1.] [DEFENDANTS] disobeyed Honorable Judge Coody's order for them to send all records, including institutional files to Plaintiff.

(a.) The peices that the defendants sent are not what is in the plantiff institutional records (1) Progress Review Sheet. Plaintiff needs all copies of his Progress Review sheets and Annual Review Sheets, the Classification Department Recomendation to Parole Board, they do this write recommendations to Parole Interview.

[#2] Plaintiff has since the 10th day of July tryed to get this filed in this Court without success for two (2) times. I did file this motion and mail it United States mail on the 10th day of July, 2006. I have received from the Clerks Office

not ONE(1), But Two(2) Notices Sending Them Back For The Following Reason; (2) No Certificate of Service stating That You Have Served The Attorney for The Defendants or The Defendants If They Are not Represented by Counsel, with A True And Correct Copy of said Document. This has Cost me The Possiblety of Haveing my Petition Dismissed. Under The following Rule I Quote The Following In Support of my Motion.

[Rule 39.] Proceeding In Forma Pauperis, Section Two (2) of This Rule It States As Follows: If Leave To Proceed In Forma Pauperis Is sought For The Purpose of Filing A Document, The Motion, Affidavit or Declaration If Required Shall Be Filed Together with That Document And shall Comply In every Respect with Rule 21. As Provided In That Rule If Suffices To File An Original And (10 Copies) "unless the Party Is An Inmate Confined In An Institution And Is Not Represented By Counsel In which Case The Original Along Suffices."

Arthur Glenn Anderson
Ais # 107331
Easterling Correctional Center
200 Wallace DR
Clio, Alabama 36017

Plaintiff Is In Prison, He Does not Have A Attorney, He Is Pro-se In This Case. Plaintiff Ask For An Extension of Time On 10th Day of July, 2006, The Clerk Office sent It Back Again This was Filed 7-16-06. Return with same thing mark As (#2) Above. Plaintiff Prays This Honorable Court Take This Into Consideration And Not Dissmiss His 1983 Civil Action. Because The only Evidence Defendants Sent was To There Benefit, The main Part The Plaintiff Needs Is In His Institutional Files Plaintiff Needs A Copy of All This not Just A few sheets

THAT CAME OFF THE ATTORNEY GENERAL COMPUTOR. THAT DOES NOT ANSWER THE QUESTION WHY DID DEFENDANTS MAKE FALSE STATEMENTS TO PAROLE BOARD.

[#3.] PLAINTIFF ASK FOR EXTENSION OF TIME TO GET ALL HIS AFFIDAVITS TOGETHER FROM OTHER INMATES. AS WELL AS HIS MOTHER AND BROTHER WHO WAS AT HIS OPEN BOARD HEARING Oct 2005. WHAT WAS SAID AND WHY, AND WHO STATED THIS. I HAVE MY ANSWER READY NOW ALL I NEED IS MY AFFIDAVITS FINISHED THEIR IS SO MANY.

IF THE DEFENDANTS ARE ALLOWED TO DO AS THEY ARE TO COLLECT FUNDS FROM FEDERAL GOVERMENT BY FALSE PRETENSES USEING STATE INMATES TO GET THESE FUNDS, WHICH THAT IN ITSELF IS DISCRIMINATORY.

PLAINTIFF PRAYS THIS HONORABLE COURT WILL GRANT THIS MOTION SO HE CAN CONTINUE HIS CASE. BECAUSE FACT'S ARE CRIMINALS WEAR WHITE COLLARS TO.

[DECLARATION]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXCUTED: July 30th, 2006 PLAINTIFF: Arthur Glenn Anderson

WITNESSED ______________________ WITNESSED ______________________

"CERTIFICATION"

I CERTIFY THAT A TRUE AND CORRECT COPY OF THIS HAS BEEN MAILED TO COUNSEL FOR DEFENDANTS U.S. MAIL, POSTAGE PREPAID: TO BELOW ADDRESS.

ALABAMA DEPARTMENT OF CORRECTIONS
LEGAL DIVISION
301 SOUTH RIPLEY STREET
P.O. BOX 301501
MONTGOMERY AL 36130

DONE THIS 30 DAY OF July, 2006.

Arthur Glenn Anderson
[PLAINTIFF]