IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR GLENN ANDERSON, #107331, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-439-WKW |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on August 1, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before August 17, 2006 the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his institutional file which is within the care, custody or control of the defendants. **The plaintiff is hereby informed that prison officials are not required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. **Thus, if the plaintiff seeks to obtain photocopies of documents contained in his prison records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to

retain for himself and/or submit to this court; (ii) he **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order; and (iii) he must make, through any available means, and provide copies of any documents sent to this court to counsel for the defendants.  **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

Done this 4th day of August, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE