IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR GLENN ANDERSON, #107331 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv439-WKW |
| ) | |
| GWENDOLYN C. MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO THE COURT

COME NOW the Defendants, Gwendolyn Mosley, Tyrone Barrow, Brian Mitchell and Richard F. Allen, by and through undersigned counsel in the above-styled action, and file their Notice to the Court pursuant to the August 4, 2006 Order of this Honorable Court. The Defendants state as follows:

On August 7, 2006, Plaintiff Anderson was allowed to review is institutional file. Due to the lack of funds in his prison money on deposit account, Plaintiff Anderson was allowed to make handwritten copies. (Affidavits of Warden Gwen Mosley and Plaintiff Arthur Anderson attached hereto)

Respectfully submitted,

/s/ Kim T. Thomas
KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL

/s/ Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

1

**ADDRESS OF COUNSEL:**

**ALABAMA DEPARTMENT OF CORRECTIONS**
**LEGAL DIVISION**
**301 S. RIPLEY STREET**
**P.O. BOX 301501**
**MONTGOMERY, AL 36130**
**(334) 353-3881**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon:

    Arthur Glenn Anderson
    AIS #107331
    Easterling Correctional Facility
    200 Wallace Drive
    Clio, AL 36017

by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed this the 15th day of August, 2006.

        /s/ Tara S. Knee
        TARA S. KNEE (KNE003)
        ASSISTANT ATTORNEY GENERAL
        ASSISTANT GENERAL COUNSEL