IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTHUR GLENN ANDERSON, #107331)  )
    Plaintiff,  )
    )
Vs.  )   CIVIL ACTION NO.2:06-CV-439-WKW
    )
GWENDOLYN MOSLEY, et.al.,  )
    )
    Defendants.  )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Gwendolyn Mosley,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Gwendolyn Mosley</u> and I am presently employed as a <u>Correctional Warden III,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On August 7, 2006, inmate Arthur Glenn Anderson, W/107331, was allowed to review/inspect and make handwritten copies of documents from his institutional file. Inmate Anderson has no money on his institutional account, therefore, he could not pay in advance for copies to be made. Inmate Anderson signed a memo stating that he was provided the opportunity to make copies (Exb. 1).

                                                                     _/s/ Gwendolyn C. Mosley_
                                                                     Gwendolyn Mosley

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-439-WKW
Page 2

SWORN TO AND SUBSCRIBED TO before me this the 11th day of August, 2006.

_Linda E. Teal_
NOTARY PUBLIC

My Commission Expires: 7-15-07