EXHIBIT #1

On <u>August 7, 2006</u>, at approximately <u>12:05 PM</u>, I, <u>Arthur Glenn Anderson  107331</u>, was provided an opportunity to inspect/review my <u>Institutional Green</u> File(s). I was also provided the opportunity to make copies of said documents at .50 cents per copy surface which I declined. I understand that I must submit a Funds Withdrawal Slip to the Business Office prior to copies being made.

_____  / 107331  / 8-7-06
**Signature**                /AIS#      / Date

_____  / 07 AUG 06
**Witness**                  / Date