IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR GLENN ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-439-WKW |
| | ) |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 16, 2007, the magistrate judge filed a Recommendation (Doc. # 17) that the plaintiff's claims be dismissed for failure to file a response to the defendants' written report. Upon an independent review of the file in this case, upon consideration of the Recommendation of the magistrate judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 7th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE